# MEMORANDUM DECISIONS

---

HILL v. STATE. (Court of Criminal Appeals of Texas. Jan. 17, 1912.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Jack Hill was convicted of crime, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of aggravated assault. The record is before us without a statement of facts or bills of exception. The motion for new trial alleges insufficiency of the evidence, and a general statement that the court erred in the charge. There are no specifications as to what errors were committed by the court in the charge. Without the statement of facts, these matters cannot be revised. The judgment is affirmed.

===

LYONS (alias SNOWBALL) v. STATE. (Court of Criminal Appeals of Texas. Jan. 17, 1912.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Herbert Lyons, alias Snowball, was convicted of burglary, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary, his punishment being assessed at four years' confinement in the penitentiary. This record is before us without a statement of facts or bills of exception. In this condition of the record, the matters set forth in motion for new trial cannot be considered or intelligently reviewed. The judgment is affirmed.